IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SOUTHERN MARSH COLLECTION, LLC, | * |
| Plaintiff, | * |
| v. | Case No.  7:17-CV-157(HL) |
| | * |
| SOUTHERN FOWLER COMPANY, LLC and JOSEPH HEWETT, | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated February 8, 2018, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Eighteenth Judicial District Court in the Parrish of Iberville, Louisiana.

This 8th day of February, 2018.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk